UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-25886-LEIBOWITZ

PARK STREET IMPORTS LLC,

    *Plaintiff*,

v.

SAINT CLOUD, INC., *et al.*,

    *Defendants*.

_____/

### ORDER REQUIRING SCHEDULING REPORT AND CERTIFICATES OF INTERESTED PARTIES[1]

The parties are directed to prepare and file a joint scheduling report, as required by Local Rule 16.1, by **March 3, 2026**. In addition, by **March 3, 2026**, the parties must file certificates of interested parties and corporate disclosure statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the certificates.

**DONE AND ORDERED** in the Southern District of Florida on February 18, 2026.

*[signature]*
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record

---

[1] The parties must not include Judge Leibowitz or U.S. Magistrate Judge Augustin-Birch as interested parties unless the judge has an interest in the litigation.