**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**CASE NO.: 1:25-cv-25886-(LEIBOWITZ/LOIS)**

PARK STREET IMPORTS LLC, a Florida
limited liability company

       Plaintiff,

v.

SAINT CLOUD, INC., a Delaware
corporation; and THE ACCELERATION
GROUP, LLC, a Delaware limited liability
company,

       Defendants.

_____/

**DEFENDANT, THE ACCELERATION GROUP, LLC'S, MOTION FOR CLERK'S
ENTRY OF DEFAULT AGAINST DEFENDANT, SAINT CLOUD, INC.**

Defendant, The Acceleration Group, LLC ("TAG"), respectfully requests that the Clerk

enter a default against Defendant, Saint Cloud, Inc. ("Saint Cloud"), in accordance with Federal

Rule of Civil Procedure 55(a).

Saint Cloud was served with the summons and complaint in this action on January 8, 2026.

(Declaration of Amanda Suarez at ¶ 3, Ex. 1). A copy of the Declaration of Plaintiff's Counsel,

Amanda Suarez, is attached hereto as **Exhibit A**. Pursuant to the Court's Order in Cases with

Multiple Defendants, Saint Cloud's Answer was due on February 13, 2026. *See* ECF No. 6;

(Declaration of Amanda Suarez at ¶ 4). No response has been filed with this Court nor served on

counsel for Plaintiff. (Declaration of Amanda Suarez at ¶ 5). Accordingly, the Clerk should enter

a default against Saint Cloud.

DATED: March 19, 2026

1

Respectfully submitted,

*/s/ Ashley B. Carlisle*
Michael F. Holbein (FBN 1033402)
**SMITH, GAMBRELL & RUSSELL, LLP**
1105 W Peachtree St NE Ste 1000
Atlanta, GA 30309
Tel: (404) 815-3607
mholbein@sgrlaw.com
mmolinaro@sgrlaw.com

Ashley B. Carlisle (FBN 1049618)
**SMITH, GAMBRELL & RUSSELL, LLP**
50 N. Laura Street, Suite 2600
Jacksonville, Florida 32202
Tel: (904) 598-6100
acarlisle@sgrlaw.com
dhsmith@sgrlaw.com
asalane@sgrlaw.com
***Attorneys for Defendant, The Acceleration Group, LLC***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 19, 2026, the foregoing document was filed with the Clerk of the Court using CM/ECF system, which will send a notice of electronic filing to all counsel of record in this case.

*/s/ Ashley B. Carlisle*
Attorney

2

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:25-cv-25886-(LEIBOWITZ/LOIS)

PARK STREET IMPORTS LLC, a Florida
limited liability company

      Plaintiff,

v.

SAINT CLOUD, INC., a Delaware
corporation; and THE ACCELERATION
GROUP, LLC, a Delaware limited liability
company,

      Defendants.

_____/

## DECLARATION OF AMANDA SUAREZ IN SUPPORT OF DEFENDANT, THE ACCLERATION GROUP, LLC'S MOTION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT, SAINT CLOUD, INC.

I, Amanda Suarez, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am an attorney for Plaintiff, Park Street Imports LLC ("Plaintiff"), in the above-denominated action, and I am familiar with the file, records, and pleadings in this matter.

2.     Plaintiff's complaint in this action was filed with this Court on December 15, 2025.

3.     Defendant, Saint Cloud, Inc. ("Saint Cloud"), was served with a copy of the summons and complaint on January 8, 2026. *See* Proof of Service attached hereto as **Exhibit 1**. Proof of Service was filed with this Court on February 18, 2026. *See* ECF No. 16.

4.     Pursuant to the Court's Order in Cases with Multiple Defendants, Saint Cloud's Answer was due on February 13, 2026. *See* ECF No. 6.

1

5.      To date, Saint Cloud has not appeared or filed an answer or responsive pleading. Saint Cloud has not made any informal contacts with Plaintiff's counsel demonstrating an intent to defend this action.

6.      Saint Cloud is in default because it has failed to appear, plead, or otherwise defend within the time allowed.

I, Amanda Suarez, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 19, 2026

By:   _____
        Amanda Suarez

2

# EXHIBIT 1

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-25886-DSL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Saint Cloud, Inc.</u> was received by me on *(date)* <u>Jan 8, 2026, 11:38 am.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Kay Pearsall, Corporate Specialist authorized to accept</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Saint Cloud, Inc.</u> on *(date)* <u>Thu, Jan 08 2026 at 1:55 PM</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _

I declare under penalty of perjury that this information is true.

Date: January 09, 2026

_____
*Server's signature*

Sharlene Brooks, Process Server
_____
*Printed name and title*

3516 Silverside Road, Unit 16, Wilmington, DE 19810
_____
*Server's address*

Additional information regarding attempted service, etc.:

Documents Served: Summons in a Civil Action; Interpleader Complaint; Notice of Filing Exhibits to the Complaint

1) Successful Attempt: Jan 8, 2026, 1:55 pm EST at United States Corporation Agents, Inc., Registered Agent 131 Continental Drive, Suite 305, Newark, DE 19713 received by Kay Pearsall, Corporate Specialist authorized to accept. Age: 50; Ethnicity: African American; Gender: Female; Weight: 200; Height: 5'6"; Hair: Black.

1/6/26 1:55PM
KCM P.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

δβ

for the

Southern District of Florida   ▾

|  |  |
|---|---|
| PARK STREET IMPORTS LLC, a Florida limited liability company | )<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | )<br>) |
| SAINT CLOUD, INC., a Delaware corporation; and THE ACCELERATION GROUP, LLC, a Delaware limited liability company | )<br>)<br>)<br>)<br>) |
| *Defendant(s)* | ) |

Civil Action No.  25-cv-25886-DSL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SAINT CLOUD, INC.
c/o UNITED STATES CORPORATION AGENTS, INC.
131 Continental Drive, Suite 305
Newark, DE 19713

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Courtney Caprio, Esq.
Caldera Law PLLC
7295 NW 1st Court, Unit 104
Miami, Florida 33150
Tel: (786)321-3811
Email: courtney@caldera.law

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   01/07/2026

*P. Cu[signature]*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court