UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:25-cv-25886-(LEIBOWITZ/LOIS)

PARK STREET IMPORTS LLC, a Florida
limited liability company

      Plaintiff,

v.

SAINT CLOUD, INC., a Delaware
corporation; and THE ACCELERATION
GROUP, LLC, a Delaware limited liability
company,

      Defendants.

_____/

**DEFENDANT THE ACCELERATION GROUP, LLC'S MOTION
FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEFING**

Defendant, The Acceleration Group, LLC ("TAG"), by and through undersigned counsel, respectfully moves this Court for an extension of time to file its supplemental briefing pursuant to the Court's Order [ECF No. 28], and states as follows:

1.      On March 27, 2026, the Court entered its Order [ECF No. 28], granting TAG's Motion for Final Default Judgment Against Defendant Saint Cloud, Inc. and Incorporated Memorandum of Law, in part and denying it in part without prejudice.

2.      In the Order, the Court granted Plaintiff and/or Defendant TAG leave to submit supplemental briefing no later than April 9, 2026, showing cause why the Court may properly order disbursement of the Disputed Funds, rather than retain such funds in the Court registry pending resolution of parallel litigation.

1

3.      TAG requires additional time to prepare the supplemental briefing, including to evaluate the current posture of the parallel state court proceedings identified by the Court to adequately address the Court's concerns regarding disbursement of the Disputed Funds.

4.      This requested extension is made in good faith and not for purposes of delay, and will not prejudice any party.

5.      TAG respectfully requests a brief extension of fourteen (14) days, up to and including April 23, 2026, within which to file its supplemental briefing.

WHEREFORE, Defendant The Acceleration Group, LLC respectfully requests that this Court enter an Order extending the deadline for TAG to file supplemental briefing up to and including April 23, 2026, and granting such further relief as the Court deems just and proper.

Dated: April 2, 2026

Respectfully submitted,

 /s/ Ashley B. Carlisle
Michael F. Holbein (FBN 1033402)
**SMITH, GAMBRELL & RUSSELL, LLP**
1105 W Peachtree St NE Ste 1000
Atlanta, GA 30309
Tel: (404) 815-3607
mholbein@sgrlaw.com
mmolinaro@sgrlaw.com

Ashley B. Carlisle (FBN 1049618)
**SMITH, GAMBRELL & RUSSELL, LLP**
50 N. Laura Street, Suite 2600
Jacksonville, Florida 32202
Tel: (904) 598-6100
acarlisle@sgrlaw.com
dhsmith@sgrlaw.com
asalane@sgrlaw.com
***Attorneys for Defendant, The Acceleration Group, LLC***

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 2, 2026, the foregoing document was filed with the Clerk of the Court using CM/ECF system, which will send a notice of electronic filing to all counsel of record in this case.

*/s/ Ashley B. Carlisle*
Attorney
